342 S.E.2d 523 (1986)
Connie WOODELL and James Woodell, III
v.
PINEHURST SURGICAL CLINIC, P.A., Michael T. Pishko, M.D., W.K. Kilpatrick, M.D., Clifford J. Long, M.D., and Jerry E. Smith, M.D.
No. 8A86.
Supreme Court of North Carolina.
May 6, 1986.
Staton, Perkinson, West, Doster & Post by Stanley W. West, for plaintiffs-appellants.
Smith, Anderson, Blount, Dorsett, Mitchell & Jernigan by Samuel G. Thompson and William H. Moss, for defendants-appellees.
PER CURIAM.
The decision of the Court of Appeals is
AFFIRMED.